1
2
3
4
5
6
7
8
9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

JOSE RAYA HERNANDEZ,

Petitioner,

v.

RAYMOND MADDEN, Warden,

Respondent.

Case No. CV 15-6823 AB (MRW)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

19
20
21
22
23

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report.  The Court accepts the findings and recommendation of the Magistrate Judge.

24
25
26
27
28

1    IT IS ORDERED that Judgment be entered denying the petition and

2  dismissing this action with prejudice.

3

4

5  DATE: May 24, 2016    _____

6                        HON. ANDRÉ BIROTTE JR.
                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28